IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00619-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

LESTER PAUL DANIELS #95797,

    Plaintiff,

v.

MS. SUSAN JONES, Warden (C.S.P.),
SERGEANT SARAH MARTZ, Property (C.S.P.), and
LIEUTENANT DAN HICKS, Property Supervisor (C.S.P.),

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff, Lester Paul Daniels, has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Prisoner Complaint, a Motion for Appointment of Counsel and a "Motion Requesting Court to Specifically Appoint and Direct that Service With Plaintiff's Prisoner's Complaint be Effected by a United States Marshal." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. Based on the information about the plaintiff's financial status, the court finds that the plaintiff is able to pay an initial partial filing fee of **$1.00** pursuant to § 1915(b)(1). Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 2) is granted. Plaintiff shall be required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of

the outcome of this action. It is

FURTHER ORDERED that the plaintiff shall pay an initial partial filing fee of **$1.00**. Plaintiff shall have **thirty (30) days from the date of this order** in which to have the designated fee sent to the clerk of the court or show cause why he has no assets and no means by which to pay the designated initial partial filing fee. In order to show cause, the plaintiff must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that the clerk of the court shall provide the plaintiff with two copies of this order. Plaintiff is directed to make the necessary arrangements to have one copy of this order attached to the payment in the amount of the designated initial partial filing fee. It is

FURTHER ORDERED that the court will not review the merits of the Prisoner Complaint until the initial partial filing fee is paid or the plaintiff shows cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee. It is

FURTHER ORDERED that, after payment of the initial partial filing fee, the plaintiff shall be required to make monthly payments of twenty percent (20%) of the preceding month's income credited to his trust fund account or show cause each month as directed above why he has no assets and no means by which to make the monthly payment. Plaintiff is directed to make the necessary arrangements to have each monthly payment identified by the civil action number on this order. It is

FURTHER ORDERED that if within the time allowed the plaintiff fails to have the designated initial partial filing fee or monthly payments sent to the clerk of the court or

to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without further notice. It is

FURTHER ORDERED that the Motion for Appointment of Counsel (Doc. No. 3) filed on March 11, 2011, is denied as premature. It is

FURTHER ORDERED that the "Motion Requesting Court to Specifically Appoint and Direct that Service With Plaintiff's Prisoner's Complaint be Effected by a United States Marshal" (Doc. No. 4) filed on March 11, 2011, is denied as premature. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

**FURTHER ORDERED that the court may dismiss this action and may apply all or part of the filing fee payments tendered in this action to satisfy any filing fee debt the plaintiff may owe in a prior action or actions if the plaintiff fails to stay current with his payment obligations in the prior action or actions.**

DATED March 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00619-BNB

Lester Paul Daniels
Prisoner No. 95797
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

    I hereby certify that I have mailed **two copies of the ORDER** to the above-named individuals on March 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk